IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| United States of America, | ] |
| Plaintiff, | ] |
| v. | ] 7:22-cr-131-LSC-GMB-1 |
| Quincy Terrell Doss | ] |
| Defendant. | ] |

## ORDER

This action is scheduled for a sentencing hearing for defendant Quincy Terrell Doss, on 10/27/2022 at 9:45 AM , 2nd Floor District Court Courtroom, Federal Building, 2005 University Boulevard, Tuscaloosa, Alabama.

Federal Rules of Criminal Procedure 32(F) requires that within 14 days of receiving the presentence report from the Probation Office, the parties shall communicate in writing to the probation officer, and to each other, any objections to the presentence report.  In accordance with that Rule, it is hereby ORDERED that such objections be filed with the Clerk of the Court.

If the defendant intends to waive the 35 day disclosure requirement pursuant to Fed. R. Crim. Proc. 32(e)(2), the parties must file written objections within a reasonable time prior to the day of sentencing for consideration by the court.  In the absence of exceptionally good

cause, the court will not consider objections if defendant is not in compliance with this Order.

Done this 27th day of June, 2022.

                                                   L. Scott Coogler  
                                      United States District Judge  
                                                           173538